AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of COLUMBIA

William D. Poole
6289 Freeport Drive
Spring Hill, FL 34608

**SUMMONS IN A CIVIL ACTION**

V.

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

CAS

Case: 1:07-cv-01320
Assigned To : Kennedy, Henry H.
Assign. Date : 7/24/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH 03281
800-355-1095

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**      **JUL 2 4 2007**
CLERK                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE August 10, 2007 |
| NAME OF SERVER *(PRINT)* Lee A. Currier | TITLE Office Manager, Gary Myers, James Culp & Associates |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Certified Mail - Return Receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 20, 2007     *[signature]* Lee A. Currier
             Date                  Signature of Server

                              78 Clark Mill Road
                              Weare, NH   03281
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE



Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary Myers
78 Clark Mill Road
Weare, NH 03281

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington D.C. 20310-0101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10 Aug 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from):    7006 0100 0004 8416 6034

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540