AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
COLUMBIA

William D. Poole
6289 Freeport Drive
Spring Hill, FL 34608

**SUMMONS IN A CIVIL ACTION**

V.

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

CASE NUMBER:

Case: 1:07-cv-01320
Assigned To : Kennedy, Henry H.
Assign. Date : 7/24/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The Attorney General of the United States
10th & Constitution Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH 03281
800-355-1095

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

**JUL 2 4 2007**

CLERK                                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 8, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lee A. Currier | Office Manager, Gary Myers, James Cuulp & Associates |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Certified Mail – Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 20, 2007
       Date               *Signature of Server*

78 Clark Mill Road
Weare, NH 03281
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary Myers
78 Clark Mill Road
Weare, NH 03281

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Attorney General of
The United States
10th and Constitution Ave., N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name ) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7002 3150 0001 5413 4042

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540