AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of COLUMBIA

William D. Poole
6289 Freeport Drive
Spring Hill, FL 34608

**SUMMONS IN A CIVIL ACTION**

V.

The Honorable Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

CASE NUMBER:

Case: 1:07-cv-01320
Assigned To : Kennedy, Henry H.
Assign. Date : 7/24/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The United States Attorney
For the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH 03281
800-355-1095

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 2 4 2007
_____            _____
CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 8, 2007 |
| NAME OF SERVER *(PRINT)*<br>Lee A. Currier | TITLE<br>Office Mgr., Gary Myers, James Culp & ~~Associates~~ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Certified Mail Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 20, 3007        *Lee A. Currier*
              Date                    Signature of Server

                    78 Clark Mill Road
                    ~~Weare,~~ NH  03281
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary Myers
78 Clark Mill Road
Weare, NH 03281

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)    C. Date of Delivery<br>AUG 0 8 2007 |
| 1. Article Addressed to:<br><br>The United States Attorney<br>For the District of Columbia<br>555 Fourth Street, NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0002 2837 2202 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540