IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILLIAM D. POOLE**<br>6289 Freeport Drive<br>Spring Hill, FL 34608<br><br>          **Plaintiff,**<br><br>v.<br><br>**THE HONORABLE**<br>**FRANCIS J. HARVEY**<br>Secretary of the U.S. Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>          **Defendant.**<br><br>**Also Serve:**<br>**The United States Attorney**<br>**For the District of Columbia**<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>**The Attorney General of**<br>**The United States**<br>10th & Constitution Ave., N.W.<br>Washington, D.C. 20530 | Civil Action No. 07-1320 (HHK) |

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

       Respectfully submitted,

       _____/s/_____
       BRIAN C. BALDRATE
       Special Assistant United States Attorney
       Civil Division
       555 Fourth St., N.W.
       Room E4408
       Washington, D.C.  20530
       202-353-9895  / FAX 202-514-8780