IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM D. POOLE<br>6289 Freeport Drive<br>Spring Hill, FL 34608<br><br>   Plaintiff,<br><br> v.<br><br>THE HONORABLE<br>PETE GEREN[1]<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>   Defendant. | Civil Action No. 07-1320 (HK) |

**CONSENT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties propose the following briefing schedule:

 1. Defendant's Motion for Summary Judgment and submission of Administrative Record due November 15, 2007;

---

[1] The Honorable Pete Geren became Acting Secretary of the Army on March 9, 2007, and the Secretary of the U.S. Army on July 16, 2007. By operation of law the Honorable Francis J. Harvey should be dismissed and the Honorable Pete Geren should be named in this suit. *See* Fed. R. Civ. P. 25 (d)(1).

2. Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due December 17, 2007;

3. Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due January 7, 2008;

4. Plaintiff's Reply to Defendant's Opposition due January 28, 2008; and

5. Defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

_/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

_/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIAM D. POOLE**<br>6289 Freeport Drive<br>Spring Hill, FL 34608<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**THE HONORABLE<br>PETE GEREN**<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>　　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-1320 (HK) |

**ORDER**

Upon consideration of the Defendants' Consent Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Consent Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** Defendant's Motion for Summary Judgment and submission of Administrative Record due November 15, 2007;

**ORDERED** Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due December 17, 2007;

**ORDERED** Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due January 7, 2008;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due January 28, 2008; and

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

_____
Henry H. Kennedy
United States District Judge

Copies to:
Counsel for Parties via ECF