UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM D. POOLE,<br><br>        Plaintiff,<br><br>        v.<br><br>THE HONORABLE FRANCIS J. HARVEY,<br>Secretary of the Army,<br><br>        Defendant. | Civil Action 07-01320 (HHK) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 15th day of August 2008, hereby

**ORDERED** that the Secretary's motion to dismiss for lack of subject matter jurisdiction is **GRANTED**; and it is further

**ORDERED** that the Secretary's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that Poole's motion for summary judgment is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the above-captioned matter is remanded to the Army Board for Correction of Military Records for further proceedings consistent with the court's Memorandum Opinion.

                                                                         Henry H. Kennedy, Jr.
                                                                         United States District Judge